FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

04 AUG -6 PM 1:37

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

WALTER ALAN DORFMEISTER,

        Plaintiff,

vs.

LOG CABIN HOMES, LTD. d/b/a
LOG STRUCTURES OF THE
SOUTH, THOMAS VESCE and
BILL YALCH

        Defendants.
_____/

CASE NO. 6:04-CV-1197-ORL-18 DAB

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, WALTER ALAN DORFMEISTER, (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel and sues the Defendants, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, THOMAS VESCE and BILL YALCH (hereinafter referred to collectively as the "Defendants"), and states as follows:

### INTRODUCTION

1.    This is an action by Plaintiff against his former employer for unpaid overtime wages and unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA") and Chapter 448, Florida Statutes. Plaintiff seeks damages and a reasonable attorney's fee.



SCANNED

## JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b) and for the state law claim under the doctrine of pendent jurisdiction.

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Sanford, Seminole County Florida.

## THE PARTIES

4. From June 1, 2003 through March 6, 2004, the Plaintiff was employed by Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, as a sales associate, at its business located in Sanford, Florida.

5. The Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, is a foreign corporation that operates a log home manufacturing company and is based in Sanford, Florida. Defendant, LOG STRUCTURES OF THE SOUTH, is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff was employed.

6. Plaintiff was an employee of LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, and at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7. Alternatively, Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

8. Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, is a foreign corporation doing business in the state of Florida.

9. Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, is not licensed or authorized to do business in the state of Florida.

10. Defendants, THOMAS VESCE and BILL YALCH were at all times material hereto, the owners and/or officers of Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH.

11. Defendants, THOMAS VESCE and BILL YALCH, at all times material hereto were acting directly or indirectly in the interest of Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, in relation to Plaintiff's employment and were substantially in control of the terms and conditions of the employee's work and are therefore considered statutory employers under 29 U.S. C. 203(d).

12. Plaintiff has retained the Pantas Law Firm to represent him in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

## COUNT I
## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

13. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 12, above.

3

14. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

## COUNT II
### UNPAID WAGES UNDER FLORIDA STATUTES, CHAPTER 448 AS TO DEFENDANT, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, INC.

15. Plaintiff re-alleges the allegations contained in paragraphs 1 through 4, and 11, as if fully set forth in his complaint.

16. This is an action brought pursuant to and arising under Chapter 448, <u>Florida Statutes</u> and Florida common law.

17. Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH has willfully failed to pay Plaintiff $1,217,69 in wages/commission due to him with regard to his previous employment. This constitutes unpaid wages, recoverable under Chapter 448, Florida Statutes and Florida common law.

18. Pursuant to Chapter 448.08, Florida Statutes, Plaintiff is entitled to costs of the action and a reasonable attorney's fee.

WHEREFORE, Plaintiff requests judgment against the Defendant, LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH, INC. for damages and prejudgment interest, together with costs of suit and reasonable attorney fees, and such other and further relief as the court may deem proper.

### JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 7/27/04

Respectfully submitted,

CHARLES L. SCALISE, ESQ.
Florida Bar No.: 0776327
K.E. PANTA, ESQ.
Florida Bar No.: 0978124
PANTAS LAW FIRM, P.A.
1720 S. Orange Avenue, 3rd Floor
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff
Email: clerk@pantaslaw.com