IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WALTER ALAN DORFMEISTER,

    Plaintiff,

vs.                                    CASE NO. 6:04-cv-1197-Orl-18DAB

LOG CABIN HOMES, LTD. d/b/a
LOG STRUCTURES OF THE SOUTH,
THOMAS VESCE and BILL YALCH,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

**COME NOW,** Defendants, **LOG CABIN HOMES, LTD. d/b/a LOG STRUCTURES OF THE SOUTH** and **THOMAS VESCE** (also "Defendants), by and through their undersigned counsel, and discloses the following pursuant to this Court's Interested Persons Order For Civil Cases:

(1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**M. Kristen Allman, Esq. (Defendants' counsel)**

**Haynsworth Baldwin Johnson & Greaves LLC  (Defendants' counsel before merger)**

        **Log Cabin Homes, Ltd. d/b/a Log Structures of the South**

        **Thomas Vesce**

        **Law Office of Charles L. Scalise, Esq.**

        **Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (Defendants' counsel since merger)**

        **Charles L. Scalise, Esq.  (Plaintiff's counsel)**

        **Pantas Law Firm, P.A.**

        **Walter Alan Dorfmeister (Plaintiff)**

(2)     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        **Unknown at this time.**

(3)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:
        **None.**

(4)     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

> **Defendants assume that Plaintiff, Walter Alan Dorfmeister, would claim to be a "victim" of "civil ... conduct alleged to be wrongful" but Defendant denies any such assertion in this matter and concedes nothing in response hereto.**

As counsel for Defendants, **Log Cabin Homes, Ltd. d/b/a Log Structures of the South and Thomas Vesce**, I, hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**DATED** this 20th day of September, 2004.

Respectfully submitted,

**OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.**

s/*M. Kristen Allman*

_____

M. Kristen Allman
Florida Bar No. 708010
600 N. Westshore Boulevard, Suite 200
Tampa, Florida 33609-1117
Phone:  (813) 289-1247
Facsimile:  (813) 289-6530

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. mail, first class, to Plaintiff's counsel, Charles L. Scalise, Esq., Pantas

Law Firm, P.A., 1720 S. Orange Avenue, 3rd Floor, Orlando, FL, 32806, this 20th day of September, 2004.

                                              s/*M. Kristen Allman*

                                              _____

                                              M. Kristen Allman