UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:04-CV-1197-ORL-18DAB

WALTER ALAN  DORFMEISTER

               Plaintiff,

vs.

LOG CABIN HOMES, LTD, d/b/a
LOG STRUCTURES OF THE
SOUTH, INC., THOMAS VESCE and
BILL YALCH,

               Defendants.

_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Pursuant to Rule 3.08, the Plaintiff, WALTER ALAN  DORFMEISTER, hereby notifies the Court that this matter is in the process of resolution and that Plaintiff and Defendants, will file a Joint Stipulation for Dismissal with Prejudice upon this matter being fully resolved.

Respectfully submitted,

Date: <u>November 10, 2004</u>

/s/ CHARLES L. SCALISE, ESQ.
CHARLES L. SCALISE, ESQ.
Bar No.: 0776327
PANTAS LAW FIRM, P.A.
1720 South Orange Avenue, 3rd Floor
Orlando, Florida 32806
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: clerk@PantasLaw.com

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: M. Kristen Allman, mka@tam.haynsworth.com and pat@tam.haynsworth.com.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None, this 10<u>TH</u>  day of <u>November</u>, 2004.

<u>/s/ CHARLES L. SCALISE, ESQ.</u>
CHARLES L. SCALISE, ESQ.